**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEROY T. CHAMBLISS, JR.,
6116 Blacksmith Drive
District Heights, MD 20747

    Plaintiff,

  V.

THE DISTRICT OF COLUMBIA

Serve:
Muriel Bowser
1350 Pennsylvania Ave, 4th Floor
Washington, DC 20004

Karl Racine
Attorney General for DC
441 4th Street, 6th Floor
Washington, DC 20001

    AND

OFFICER STEPHEN LOVE
DC Metropolitan Police Department
First District Station
500 E Street, SE
Washington, DC 20003

SERVE:
Court Liaison Division
MPD.Subpoenas@dc.gov

    Defendants.

Civil Action No.

**NOTICE OF REMOVAL**

  Defendant District of Columbia (District), by and through undersigned counsel,

respectfully presents this Notice of Removal from the Superior Court of the District of

Columbia, Civil Division.  *See* 28 U.S.C. § 1441, *et seq*.  As grounds for removal, the District

states as follows:

1.      On September 7, 2016, Plaintiff Leroy Chambliss, Jr., filed an action against the District and Officer Stephen Love, in the Superior Court of the District of Columbia, Civil Division, Case No. 2016-CA-006616.   The District received service of process on October 11, 2016.   Officer Love has not yet received personal service.  Plaintiff asserts a "civil rights" action alleging that an alleged encounter between Plaintiff and Officer Love involved excessive force. *See* Complaint ¶¶ 15-18.

2.      Removal is proper because this Court has an independent basis for exercising jurisdiction over the instant case—federal question jurisdiction.  Specifically, Plaintiff alleges that Defendants violated his civil.  *See* Compl. ¶¶ 15-18.

3.      Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States [are] removable without regard to the citizenship or residence of the parties."  28 U.S.C. § 1441(b) (2011).  Plaintiff has presented a claim against the District for alleged "civil rights" violations.  Accordingly, removal based upon a cause of action founded in federal law is appropriate.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received or sent by undersigned counsel in this matter are attached hereto as Exhibit A and incorporated by reference herein.

Finally, undersigned counsel requests forty-five days from the date this order is entered to file a response to Plaintiff's Complaint.

WHEREFORE, the District hereby removes this action to this Court from the Superior Court of the District of Columbia, Civil Division and forty-five days from the date this order is entered to respond to Plaintiff's Complaint.

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Michael K. Addo*
MICHAEL K. ADDO [1008971]

/s/ *Patricia B. Donkor*
PATRICIA B. DONKOR [1000455]
Assistant Attorney General
Suite 630 South
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 727-9624
(202) 741-0575(fax)
Patricia.donkor@dc.gov

3