rec'd. 10-11-16
10:20 gvn
OAG copy



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

LEROY T. CHAMBLISS JR
Vs.                                         C.A. No.    2016 CA 006616 B
DISTRICT OF COLUMBIA et al

## **INITIAL ORDER AND ADDENDUM**

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge MAURICE ROSS
Date:  September 7, 2016
Initial Conference: 9:00 am, Friday, December 09, 2016
Location:  Courtroom 100
500 Indiana Avenue N.W.
WASHINGTON, DC  20001

Caio.doc

# ADDENDUM TO INITIAL ORDER AFFECTING
# ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

**LEROY T. CHAMBLISS, JR.**

Case Number: **16-0006616**

vs

**THE DISTRICT OF COLUMBIA, ET AL.**

Date: _____

☑ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| Name: (please print) **GEOFFREY D. ALLEN** | Relationship to Lawsuit |
| Firm Name: **LAW OFFICE OF GEOFFREY D. ALLEN** | ☑ Attorney for Plaintiff |
| Telephone No.: **(202) 778-1167**   Six digit Unified Bar No.: **288142** | ☐ Self (Pro Se)   Other: _____ |

TYPE OF CASE:  ☐ Non-Jury      ☐ 6 Person Jury      ☑ 12 Person Jury
Demand: $ **3,000,000.00**                                Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

---

**NATURE OF SUIT:**   *(Check One Box Only)*

**A. CONTRACTS**
- ☐ 01 Breach of Contract
- ☐ 02 Breach of Warranty
- ☐ 06 Negotiable Instrument
- ☐ 15 _____
- ☐ 07 Personal Property
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance

COLLECTION CASES
- ☐ 14 Under $25,000 Pltf. Grants Consent
- ☐ 16 Under $25,000 Consent Denied
- ☐ 17 OVER $25,000

**B. PROPERTY TORTS**
- ☐ 01 Automobile
- ☐ 02 Conversion
- ☐ 07 Shoplifting, D.C. Code § 27-102(a)
- ☐ 03 Destruction of Private Property
- ☐ 04 Property Damage
- ☐ 05 Trespass
- ☐ 06 Traffic Adjudication

**C. PERSONAL TORTS**
- ☐ 01 Abuse of Process
- ☐ 02 Alienation of Affection
- ☐ 03 Assault and Battery
- ☐ 04 Automobile-Personal Injury
- ☐ 05 Deceit (Misrepresentation)
- ☐ 06 False Accusation
- ☐ 07 False Arrest
- ☐ 08 Fraud
- ☐ 09 Harassment
- ☐ 10 Invasion of Privacy
- ☐ 11 Libel and Slander
- ☐ 12 Malicious Interference
- ☐ 13 Malicious Prosecution
- ☐ 14 Malpractice Legal
- ☐ 15 Malpractice Medical (Including wrongful death)
- ☑ 16 Negligence-(Not Automobile, Not Malpractice)
- ☐ 17 Personal Injury – (Not Automobile, Not Malpractice)
- ☐ 18 Wrongful Death (Not malpractice)
- ☐ 19 Wrongful Eviction
- ☐ 20 Friendly Suit
- ☐ 21 Asbestos
- ☐ 22 Toxic/Mass Torts
- ☐ 23 Tobacco
- ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/June 09

## INFORMATION SHEET, Continued

| C. OTHERS<br>I.<br>☐ 01 Accounting<br>☐ 02 Att. Before Judgment<br>☐ 04 Condemnation (Emin. Domain)<br>☐ 05 Ejectment<br>☐ 07 Insurance/Subrogation<br>    Under $25,000 Pltf.<br>    Grants Consent<br>☐ 08 Quiet Title<br>☐ 09 Special Writ/Warrants<br>    DC Code § 11-941 | ☐ 10 T.R.O./Injunction<br>☐ 11 Writ of Replevin<br>☐ 12 Enforce Mechanics Lien<br>☐ 16 Declaratory Judgment<br>☐ 17 Merit Personnel Act (OEA)<br>    (D.C. Code Title 1, Chapter 6)<br>☐ 18 Product Liability<br>☐ 24 Application to Confirm, Modify,<br>    Vacate Arbitration Award<br>    (D.C. Code § 16-4315) | ☐ 25 Liens: Tax/Water Consent Granted<br>☐ 26 Insurance/Subrogation<br>    Under $25,000 Consent Denied<br>☐ 27 Insurance/Subrogation<br>    Over $25,000<br>☐ 28 Motion to Confirm Arbitration<br>    Award (Collection Cases Only)<br>☐ 26 Merit Personnel Act (OHR)<br>☐ 30 Liens: Tax/Water Consent Denied |
|---|---|---|
| II.<br>☐ 03 Change of Name<br>☐ 06 Foreign Judgment<br>☐ 13 Correction of Birth Certificate<br>☐ 14 Correction of Marriage<br>    Certificate | ☐ 15 Libel of Information<br>☐ 19 Enter Administrative Order as<br>    Judgment [D.C. Code §<br>    2-1802.03(h) or 32-1519(a)]<br>☐ 20 Master Meter (D.C. Code §<br>    42-3301, et seq.) | ☐ 21 Petition for Subpoena<br>    [Rule 28-I (b)]<br>☐ 22 Release Mechanics Lien<br>☐ 23 Rule 27 (a)(1)<br>    (Perpetuate Testimony) |

_/s/ [signature]_                                         08/29/2016
Attorney's Signature                                      Date



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

**LEROY T. CHAMBLISS, JR.**
_____
Plaintiff

vs.

THE DISTRICT OF COLUMBIA, ET AL. – ATTORNEY GENERAL FOR DC
_____
Defendant

Case Number 16-0006616

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**GEOFFREY D. ALLEN**
Name of Plaintiff's Attorney

**1730 RHODE ISLAND AVENUE, NW, SUITE 206**
Address
**WASHINGTON, DC 20036**

**(202) 778-1167**
Telephone

_Clerk of the Court_

By _____K. Coy_____
Deputy Clerk

Date ___9/17/16___

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction   Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011

CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

**LEROY T. CHAMBLISS, JR.**

                                                Demandante
        contra

**THE DISTRICT OF COLUMBIA, ET AL. -- ATTORNEY GENERAL FOR DC**
                                                Demandado

Número de Caso: _____

## CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

**GEOFFREY D. ALLEN**
_____
Nombre del abogado del Demandante

**1730 RHODE ISLAND AVENUE, NW, SUITE 206**
_____
Dirección
**WASHINGTON, DC 20036**
_____

**(202) 778-1167**
_____
Teléfono

*SECRETARIO DEL TRIBUNAL*

Por: _____
                      Subsecretario

Fecha _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| LEROY T. CHAMBLISS, JR.<br>6116 Blacksmith Drive<br>District Heights, MD 20747<br><br>*Plaintiff,*<br><br>Vs.<br><br>**THE DISTRICT OF COLUMBIA**<br><br><u>SERVE</u>:<br>Muriel Bowser<br>Mayor of the District of Columbia<br>1350 Pennsylvania Ave, 4th Floor<br>Washington, DC 20004<br><br>Karl Racine<br>Attorney General for DC<br>441 4th Street, 6th Floor<br>Washington, DC 20001<br><br>And,<br><br>**OFFICER STEPHEN LOVE**<br>DC Metropolitan Police Department<br>First District Station<br>500 E Street, SE<br>Washington, DC 20003<br><br><u>SERVE</u>:<br>Court Liaison Division<br>Mpd.subpoenas@dc.gov<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 

16 - 0006616

FILED
CIVIL ACTIONS BRANCH
SEP 07 2016
Superior Court
of the District of Columbia
Washington, DC.

## COMPLAINT

### I. Jurisdiction

1. This action is brought pursuant to 42 USC §1983, 1988, the Fourth Amendment to the United States Constitution and the common law of the District of Columbia. Jurisdiction is founded upon the aforementioned Constitution and Statutory provisions and D.C. Code §11-921.

1

## II. Parties

2. Plaintiff is a resident of Maryland.

3. Defendant, District of Columbia, is a municipal corporation.

4. Stephen Love at all times pertinent to the allegations herein, was a police officer employed by the Metropolitan Police Department for the District of Columbia.

## III. Factual Background

5. On January 9, 2016, at approximately 9:00 p.m., in the vicinity of 1201 Half Street, SE, Washington, DC, Plaintiff was stopped by Metropolitan Police Officers, Stephen Love and Taariq Cephas, after a complaint of shoplifting at a nearby store. Plaintiff was initially instructed to sit on the pavement which he did. Later, Officer Love told Plaintiff to stand up and, again, he complied with the order. When he did, Officer Love pulled Plaintiff's left arm behind his back and told him to stop resisting. Plaintiff told the officer he was not resisting; however, the officer pulled his left arm to the front and then pulled his arms together and then turned and slammed him to the pavement with great force. Plaintiff felt immediate and extreme pain in his left leg. He was taken to Howard University Hospital. There he was diagnosed with a left bicondylar tibial plateau fracture. He underwent surgery on January 11, 2016, for open reduction and internal fixation with a plate which was screwed into Plaintiff's left leg. Plaintiff has continued to experience pain and discomfort, and disability from the date of the incident to the present time.

## COUNT ONE

### (Negligence – District of Columbia; Stephen Love)

6. Plaintiff hereby incorporates the preceding paragraphs by reference.

7. Officer Love failed to exercise reasonable care when arresting Plaintiff.

8. At the time, Officer Love was acting within the scope of his employment as a

police officer employed by the District of Columbia.

9. As a direct and proximate result of the above-described negligence, Plaintiff suffered serious bodily injuries including a fractured left tibia as described above. He has experienced extreme pain and mental anguish. He has incurred and will incur in the future, substantial medical expenses and lost income.

WHEREFORE, Plaintiff prays for a judgment against Defendants Stephen Love and the District of Columbia, jointly and severally, awarding compensatory damages in the amount of $1,000,000.00 (One Million Dollars) plus interest and costs.

## COUNT TWO

### (Battery – District of Columbia; Stephen Love)

10. Plaintiff hereby incorporates the preceding paragraphs by reference.

11. In the alternative, by slamming Plaintiff's body to the pavement in the manner described above, Stephen Love subjected Plaintiff to an offensive, unwanted touching of his person.

12. At the time, Defendant Love was acting within the scope of his employment as a police officer employed by the District of Columbia.

13. Such act was done intentionally and with malice.

14. Said act was a proximate cause of Plaintiff's injuries.

WHEREFORE, Plaintiff prays for a judgment against Defendants Stephen Love and the District of Columbia, jointly and severally, awarding compensatory damages in the amount of $1,000,000.00 (One Million Dollars) plus interest and costs.

## COUNT THREE

### (Civil Rights – Stephen Love)

15. Plaintiff hereby incorporates the preceding paragraphs by reference.

16. Further, or in the alternative, the degree of force used was entirely unjustified, and was intentional, wanton, reckless, and done with evil motive, malice, and with complete indifference for Plaintiff's rights. It was not objectively reasonable and violated a clearly established right of the Plaintiff to be from the use of excessive force guaranteed by the Fourth Amendment of the Constitution of the United States.

17. Defendant Stephen Love was acting under color of law in his capacity as a District of Columbia police officer at the time he engaged in the actions described above.

18. As a direct and proximate result of the above-described acts, Plaintiff suffered serious bodily injuries including a fractured left tibia. He now suffers from a substantial permanent disability. He has experienced extreme pain and mental anguish and has incurred and will incur in the future, substantial medical expenses and lost income.

**WHEREFORE,** Plaintiff prays for a judgment against Defendant Stephen Love, awarding compensatory damages in the amount of $1,000,000.00 (One Million Dollars) plus interest and costs and an award of attorney's fees and expenses.

_____
Geoffrey D. Allen
D.C. Bar No. 288142
1730 Rhode Island Ave. NW.
Suite 206
Washington, DC   20036
(202) 778-1167

*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff demands trial by jury as to all counts herein.

_____
Geoffrey D. Allen